**In the Interest of S.W.C., Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 74498.**

Missouri Court of Appeals, Western District.

Aug. 21, 2012.

Megan Roth, Erick Roeder, Kansas Joseph Pierre, Kansas City, MO, for Appellant.

James Herbertson, Michael Fogal, Kansas City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

S.W.C. appeals the circuit court's judgment sustaining the Juvenile Officer's allegation that S.W.C. committed the class B felony of child molestation in the first degree. We affirm. Rule 84.16(b).